PROB 19A

SD/FL PACTS No.: 4069533

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:17-CR-20627-MOORE-03

U.S.A. vs. Tevis Robinson, Jr.

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

| WARRANT FOR ARREST OF SUPERVISED RELEASEE | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the Court. | | | |
| NAME OF SUPERVISED RELEASEE<br>Tevis Robinson, Jr., REG NO: 16600-104 | SEX<br>Male | RACE<br>Black | AGE<br>28 |
| ADDRESS (STREET, CITY, STATE)<br>917 North East 12th Avenue, Apt B, Pompano Beach, Florida 33060 | | | |
| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>United States District Court, Southern District of Florida | | DATE IMPOSED<br>June 18, 2018 | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>United States District Court, Miami, Florida | | | |
| CLERK<br>Angela E. Noble | (BY) DEPUTY CLERK<br>*Alex Rodriguez* | DATE<br>10/6/2022 | |

| RETURN | | |
|---|---|---|
| **Warrant received and executed** | DATE RECEIVED<br>10/6/23 | DATE EXECUTED<br>9/25/23 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>UNITED STATES MARSHALS SERVICE<br>719 CHURCH ST STE 2500<br>NASHVILLE, TN 37203 | | |
| NAME<br>C. MARTOO, DUSM | (BY) | DATE<br>9/25/23 |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer," or "United States Marshal for the Southern District of Florida;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By  *Alex Rodriguez*
Deputy Clerk
Date  **Oct 6, 2022**