UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 23-mj-1247 |
| | ) | |
| TEVIS ROBINSON JR. | ) | JUDGE HOLMES |

**GOVERNMENT'S MOTION FOR DETENTION**

Pursuant to Rule 32.1(a)(6) of the Federal Rules of Criminal Procedure and Title 18, United States Code, Section 3143(a), the Government moves to have the defendant detained pending supervised release revocation proceedings in this matter on the basis that there are no conditions or combination of conditions that will assure the appearance of the defendant and the safety of any other person and the community.

Under Rule 32.1(a)(6) of the Federal Rules of Criminal Procedure, the burden of establishing by clear and convincing evidence that the defendant does not pose a danger to others and will not flee rests with the defendant. Upon such a showing by the defendant, the Court may release the defendant under 18 U.S.C. § 3143(a)(1).

Defendant is currently subject to revocation of his term of supervised release based upon the alleged violations contained in a Petition for a Warrant for an Offender Under Supervision signed by Judge Moore on October 6, 2022. The Government requests that the Court continue the detention hearing for three days.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney

By: /s/ Joshua A. Kurtzman
JOSHUA A. KURTZMAN
Assistant U.S. Attorney
716 Church Street, Suite 3300
Nashville, Tennessee 37203
Phone: (615) 401-6617
joshua.kurtzman@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be served electronically to counsel for defendant via CM/ECF and email on September 25, 2023.

/s/ Joshua A. Kurtzman
JOSHUA A. KURTZMAN